1  GIA N. MARINA
   Nevada Bar No. 15276
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada  89169
   E-mail: gmarina@clarkhill.com
4  Telephone:  (702) 862-8300
   Facsimile:  (702) 778-9709
5  *Attorney for Defendant*
   *Equifax Information Services LLC*
6

7

8                    **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF NEVADA**
9

10  AMANDA STOVALL, *individually and on*      )   Case No.: 2:22-cv-01267-JAD-DJA
    *behalf of all others similarly situated*,  )
11                                              )
                    Plaintiff,                  )   **STIPULATION FOR EXTENSION OF**
12                                              )   **TIME FOR DEFENDANT EQUIFAX**
                    v.                          )   **INFORMATION SERVICES LLC TO**
13                                              )   **FILE ANSWER**
    EQUIFAX INFORMATION SERVICES, LLC,          )
14                                              )              **(First Request)**
                    Defendant.                  )
15                                              )
                                                )
16                                              )
                                                )
17                                              )

18      Defendant Equifax Information Services LLC ("Equifax") respectfully requests a 30-day

19  extension of its deadline to respond to the Complaint, showing the Court as follows:

20      1.      Plaintiff filed her Complaint against Equifax on August 8, 2022.  Dkt. 1.

21      2.      Equifax was served with the Complaint on August 11, 2022, making its response

22  deadline September 1, 2022.

23      3.      Plaintiff's Complaint asserts putative class action claims that are similar to claims

24  asserted in other putative class actions that have already been consolidated in the United States

25  District Court for the Northern District of Georgia, Atlanta Division. *See In Re: Equifax Fair Credit*

26  *Reporting Act Litigation*, Case No. 1:22-cv-3072-LMM-CCB.

27

28

1          4.      Plaintiff and Equifax have agreed that this case should be transferred to the Northern

2   District of Georgia for consolidation with the other related cases.  Accordingly, the parties will be

3   filing a stipulation for transfer under 28 U.S.C. § 1404(a).

4          5.      Should this case be transferred to the Northern District of Georgia and consolidated

5   with the other actions pending in the *In Re: Equifax Fair Credit Reporting Act Litigation* matter,

6   Equifax's deadline to respond to Plaintiff's Complaint will be stayed given the contemplated filing

7   of a consolidated complaint.

8          6.      Accordingly, in light of the parties' forthcoming stipulation for transfer, Equifax

9   respectfully requests a 30-day extension of its deadline to respond to the Complaint.

10          7.      Plaintiff consents to the requested extension.

11          For these reasons, Equifax respectfully requests that the Court enter an order extending by

12   //

13   //

14   //

15   //

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28

1    30 days its deadline to respond to the Complaint.

2        Respectfully submitted this 31st day of August 2022.

3

4    CLARK HILL PLLC

                                                    *No opposition*
5    By: /s/Gia N. Marina
     Gia N. Marina                                  /s/George Haines
6    Nevada Bar No. 15276                           George Haines
     3800 Howard Hughes Pkwy,                       Nevada Bar No. 9411
7    Suite 500                                      8985 S. Eastern Ave., Ste. 350
     Las Vegas, NV 89169                            Las Vegas, NV 89123
8    Tel: (702) 862-8300                            Phone: (702) 880-5554
     Fax: (702) 778-9709                            Fax: (702) 385-5518
9    Email: gmarina@clarkhill.com                   Email: ghaines@freedomlegalteam.com
10   *Attorney for Defendant Equifax Information*   *Attorneys for plaintiffs*
     *Services LLC*

11

12

13

14   IT IS SO ORDERED:

15

16   _____
     United States Magistrate Judge

17
     DATED:  9/2/2022
18

19

20

21

22

23

24

25

26

27

28

- 3 -

1

## CERTIFICATE OF SERVICE

2

3        I hereby certify that a true and exact copy of the foregoing has been served this 31[th] day of

4   August, 2022, via CM/ECF, upon all counsel of record:

5

6                                                  By: /s/*Gia N. Marina*
                                                   GIA N. MARINA
7                                                  Nevada Bar No. 15276
                                                   **CLARK HILL PLLC**
8                                                  3800 Howard Hughes Drive, Suite 500
                                                   Las Vegas, Nevada  89169
9                                                  E-mail: gmarina@clarkhill.com
                                                   Telephone:  (702) 862-8300
10                                                 Facsimile:  (702) 778-9709

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28